Michael O. Hardison
Alexander D. Tripp
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910
mhardison@evw.com
atripp@evw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SWISSMARINE SERVICES SA,

                  Plaintiff,                  08 Civ. 10203 (LAK)

    -against-

                                          ORDER

SK SHIPPING EUROPE PLC,

                  Defendant.
------------------------------------------------------------x

LEWIS A. KAPLAN, U.S.D.J.

      The Clerk of the Court is directed to place the above-captioned action on the Court's Suspense Calendar. In addition, plaintiff's counsel is hereby directed to keep this Court fully apprised of the status of this action, and of arbitration proceedings in London, by sending letter reports to this Court no less frequently than every three months, beginning April 15, 2009.

    SO ORDERED.

                                                      LEWIS A. KAPLAN, U.S.D.J.

Dated: New York, New York
        February 25, 2009